JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV09-06861-MMM(MLGx) | Date | August 9, 2010 |

| | |
|---|---|
| Title | Tustin Presbyterian Church, et al vs Janet Napolitano, et al |

| | |
|---|---|
| Present: The Honorable | MARGARET M. MORROW |

| ANEL HUERTA | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None appearing | None appearing |

**Proceedings:**     [In Chambers] Order Dismissing Action for Lack of Prosecution

    On September 21, 2009, plaintiff filed the above action. To date, plaintiff has failed to prosecute the action pursuant to the Local Rules. Consequently, the court dismisses the action for Lack of Prosecution without prejudice.